UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MORDECHI EGER, individually and on behalf of all others similarly situated,,

    Plaintiff(s),

-against-

NETWORK RECOVERY SERVICES, INC.,

    Defendant(s).

---

23 CV _____

**NOTICE OF REMOVAL**

TO: THE HONORABLE JUDGES OF THE
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

PLEASE TAKE NOTICE that the Defendant, Network Recovery Services, Inc. ("NRS"), by and through its undersigned counsel, Epstein Becker & Green, P.C., hereby removes Civil Action Index No. 035077/2022 from the Supreme Court of the State of New York, County of Rockland, to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, based upon the following:

1.    On or about November 30, 2022, plaintiff commenced this action by filing a Complaint, in the Supreme Court of the State of New York, County of Rockland, entitled *Mordechi Eger v. Network Recovery Services, Inc.*, Index No. 035077/2022. Said action is now pending in that Court.

2.    Upon information and belief, Plaintiff purported to serve the Summons and Complaint through the New York Secretary of State, as statutory agent for NRS, on or about January 11, 2023. As of the date of the filing of this Notice, NRS has not received any notification from the Secretary of State of that service.

3. NRS first received notice of the Complaint on or about February 21, 2023, when plaintiff's counsel sent a copy to NRS via its counsel at Epstein Becker & Green, P.C. by email. A copy of the Summons and Complaint and Affidavit of Service that was sent to NRS on February 21, 2022 is attached as Exhibit A.

4. The papers attached as Exhibit A constitute all of the process and pleadings to date in this action.

5. NRS may remove this civil action to this Court on the basis that it presents a federal question. The claims in the Complaint are brought pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, thereby conferring federal jurisdiction, without regard to amount in controversy, pursuant to 28 U.S.C. § 1331, and NRS is entitled to remove pursuant to 28 U.S.C. § 1441.

6. This Notice of Removal is filed within the time provided by 28 U.S.C. § 1446(b) and the Federal Rules of Civil Procedure.

7. NRS has not yet answered or otherwise responded to the Summons and Complaint filed in the State Court action.

8. Upon filing of this Notice of Removal, NRS will give written notice to Christofer Merritt, Esq., Stein Saks, PLLC, attorneys for plaintiff, and shall file a copy of the Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of Rockland.

9. By filing this notice, NRS does not waive any defenses which may be available to it.

WHEREFORE, NRS respectfully removes the above-entitled action now pending in the Supreme Court of the State of New York, County of New York, to the United States District Court for the Southern District of New York.

Dated: New York, New York
      March 3, 2023

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

By: */s/Lori A. Medley*
James S. Frank
JFrank@ebglaw.com
John Houston Pope
JHPope@ebglaw.com
Lori A. Medley
LMedley@ebglaw.com
875 Third Avenue
New York, NY 10022
Telephone: 212.351.4500
Facsimile: 212.878.8600

Attorneys for Defendant
*Network Recovery Services, Inc.*